UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC -1 2021
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:21CR674 JAR/SRW |
| DERENTA STREET, | ) |
| Defendant. | ) |

### MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Matthew A Martin, Assistant United States Attorney for said District, and moves the Court to order Defendant Derenta Street detained pending trial, and further requests that a detention hearing be held three (3) days from the date of Defendant's initial appearance before the United States Magistrate pursuant to Title 18, United States Code, Section 3141, et seq.

As and for its grounds, the United States of America states as follows:

1.   Title 18, United States Code, Section 3142(g) provides factors that the Court must consider in determining whether to order Defendant detained pending trial. These factors include: (a) the nature and circumstances of the offense charged; (b) the weight of the evidence against Defendant; (c) Defendant's criminal history and characteristics; and (d) the danger that would be posed by Defendant's release to any particular individual or the community as a whole.

2.   Defendant is charged with four separate offenses. Counts One and Two charge Defendant with possessing with the intent to distribute fentanyl (Count One) and methamphetamine (Count Two), in violation of Title 21, United States Code, Section 841(a)(1). Count Three charges Defendant with possessing a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1). And Count Four charges

Defendant with possessing a firearm as a convicted felon, in violation of Title 18, United States Code, Section 922(g)(1). Counts One, Two, and Three create the presumption that no condition or combination of conditions of release will assure Defendant's appearance and the community's safety. Title 18, United States Code, Section 3142(e)(3).

3. Defendant's charges stem from his arrest on September 29, 2021. On that day, St. Louis County Police Department Detectives conducting surveillance in the area near Trask and Crawley Drives saw a Chevrolet Corvette travelling with a license plate registered to another vehicle. Once a marked patrol car arrived in the area to attempt a traffic stop, the Corvette drove at a high rate of speed to a Mobile gas station on Lindbergh Boulevard. There, an officer again attempted to stop the Corvette. But the Corvette reentered Lindbergh and resumed travelling at a high rate of speed, even after officers utilized a spike strip to deflate the vehicle's tires. After the Corvette turned onto Fox Manor Drive, the driver and sole occupant, later identified as Defendant Derenta Street, began throwing items from the car. The officers were able to place Defendant under arrest one he finally stopped the Corvette. Inside, the officers located a Glock 17, .9mm semiautomatic pistol loaded with 24 rounds of ammunition. The officers also retrieved the items that Defendant threw from the Corvette: (1) a Remington 1911-R15, .45 caliber semiautomatic pistol loaded with seven rounds of ammunition; (2) multiple plastic baggies containing more than 18 grams of methamphetamine and 5 grams of fentanyl; (3) a baggie containing over 400 capsules containing an aggregate weight of over 16 grams of fentanyl; and (4) U.S. currency. A St. Louis County Police Department Firearms Examiner later determined that the Glock 17 had been altered to have fully automatic firing capability.

4. Defendant has a history of violent crime, including convictions of first-degree assault, armed criminal action, second-degree assault on a law enforcement officer, second-degree robbery, and second-degree assault. Like a majority of the charges in this case, most of Defendant's convictions create the presumption that no condition or combination of conditions of

release will assure Defendant's appearance or the community's safety. Title 18, United States Code, Section 3142(e)(2).

5. Moreover, Defendant's conduct in this case shows that he is a flight risk and poses a danger to the surrounding community. Defendant attempted to flee from law enforcement by repeatedly driving at a high rate of speed on Lindbergh Boulevard, a state highway that consistently has a high traffic volume. He was also in possession of two firearms, one of which was loaded with a high-capacity magazine and altered to have fully automatic firing capability. These facts warrant detention.

WHEREFORE, the Government requests that this Court order Defendant detained prior to trial, and further order a detention hearing three (3) days from the date of Defendant's initial appearance.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*s/ Matthew A. Martin*
MATTHEW A. MARTIN, #64000MO
Assistant United States Attorney